IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHELTON R. MODELIST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3127 |
| | § | |
| A.M. SANCHEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff, Shelton R. Modelist, has filed a civil rights lawsuit alleging wrongful arrest and imprisonment. He has not paid the initial filling fee or sought permission to proceed in forma pauperis. This suit, is dismissed, without prejudice.

SIGNED on November 13, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge