**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SHELTON R. MODELIST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3127 |
| | § | |
| A.M. SANCHEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS**

On October 21, 2013, Plaintiff Shelton Modelist moved to extend the deadline for responding to the Defendant's Motion to Dismiss, (Docket Entry No. 14), to November 12, 2013. (Docket Entry No. 26). For the reasons stated in the motion, this court grants the extension requested. Plaintiff must file his response by November 12, 2013. No other extensions will be granted.

SIGNED on October 23, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge