# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SHELTON R. MODELIST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3127 |
| | § | |
| A.M. SANCHEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with this court's Memorandum and Order of today's date, the court dismisses Shelton Modelist's suit against Defendants A.M. Sanchez, unknown City of Houston police officers, and the City of Houston Police Department. The dismissal is with prejudice.

This is a final judgment

SIGNED on March 7, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge